# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR ISABEL VELA,<br>Plaintiff,<br>v.<br>COUNTY OF TULARE,<br>Defendant. | Case No. 1:26-cv-01279-JLT-SAB<br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br>(ECF No. 2)<br>**TWENTY-ONE DAY DEADLINE** |

Plaintiff Pastor Isabel Vela, who is proceeding *pro se*, filed a complaint on February 13, 2026. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) On February 17, 2026, the assigned District Judge denied Plaintiff's motion for a temporary restraining order and ordered Plaintiff to show cause why this matter should not be dismissed. (ECF No. 6.) Thereafter, Plaintiff filed a response. (ECF No. 7.) Therefore, the Court will now evaluate Plaintiff's application to proceed *in forma pauperis*. (ECF No. 2.) Upon review, the Court cannot determine from the information provided in the application whether Plaintiff is entitled to proceed in this action without prepayment of fees.

Therefore, Plaintiff shall complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. The Court ADVISES Plaintiff to fill out the form to the best of her ability, answering **only** the questions presented on the form. If

Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;
2. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and
3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **July 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge