# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR ISABEL VELA,<br>Plaintiff,<br>v.<br>COUNTY OF TULARE, et al.,<br>Defendant. | Case No. 1:26-cv-01279-JLT-SAB<br><br>ORDER VACATING AUGUST 12, 2026 FINDINGS AND RECOMMENDATIONS<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF Nos. 2, 9, 10) |

Plaintiff filed a complaint on February 2, 2026, alleging claims under 42 U.S.C. § 1983. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Following litigation not relevant here, upon reviewing the first application the Court was unable to discern whether Plaintiff qualified to proceed *in forma pauperis* and therefore directed Plaintiff to file a long form application. (ECF No. 8.) Plaintiff failed to file a long form application, and on August 12, 2026, the Court entered findings and recommendations recommending that this matter be dismissed for failure to comply with a court order, failure to prosecute, and failure to pay the filing fee. (ECF No. 9.) In that order, the Court stated that "Plaintiff may still file the long form application to proceed *in forma pauperis* during the objection period and the Court will consider the application." (Id. at p. 3.) On August 20, 2026, Plaintiff filed a long form application (ECF No. 10), and the Court is able to conduct its analysis.

The Court finds that Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court will not direct that service be undertaken until the Court screens the complaint and issues its screening order.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The August 12, 2026 findings and recommendations (ECF No. 9) is VACATED;
2. Plaintiff's application to proceed *in forma pauperis* (ECF Nos. 2, 10) is GRANTED; and
2. **Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order.**

IT IS SO ORDERED.

Dated: **August 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge